```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                      INDICTMENT
         - v. -                  :
                                      08 Cr. 64
RENATA KUEHL,                    :

         Defendant.              :

- - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

The Grand Jury charges:

1. From in or about November 2006 up to and including in or about February 2007, in the Southern District of New York and elsewhere, RENATA KUEHL, the defendant, unlawfully, wilfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, KUEHL falsely endorsed and then deposited checks that did not belong to her and that were not made payable to her into a bank account she controlled at Putnam County National Bank in Putnam County, New York, and thereafter withdrew funds from that account.

(Title 18, United States Code, Section 1344)

COUNT TWO

The Grand Jury further charges:

2. From in or about November 2006 up to and including in or about February 2007, in the Southern District of New York and

elsewhere, RENATA KUEHL, the defendant, unlawfully, wilfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, KUEHL falsely endorsed and then deposited checks that did not belong to her and that were not made payable to her into bank accounts she controlled at Citizens Bank in Brewster, New York, and thereafter withdrew funds from those accounts.

(Title 18, United States Code, Section 1344)

## COUNT THREE

The Grand Jury further charges:

3.   From in or about November 2006 up to and including in or about February 2007, in the Southern District of New York and elsewhere, RENATA KUEHL, the defendant, unlawfully, wilfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, KUEHL falsely deposited checks that did not belong to her and that were not made payable to her into a bank account she controlled at Webster Bank in Danbury, Connecticut, and thereafter

withdrew funds from that account.

(Title 18, United States Code, Section 1344)


_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney