**GREENSPAN & GREENSPAN**
ATTORNEYS AT LAW
150 GRAND STREET, SUITE 605
WHITE PLAINS, NY 10601
—
TEL.(914)946-2500
(800)553-6009

FAX:(914)946-1432
Website: www.greenspans-law.com

By Appointment Only:
309 S. Main Street
New City, NY 10956

LEON J. GREENSPAN*
MICHAEL E. GREENSPAN

COUNSEL
CHARLES J. KANE∆
HARLEY N. KANE∆
MELINDA L. SINGER◊
STUART B. RATNER◊

NEW JERSEY OFFICE:
433 HACKENSACK AVENUE, 2ND FL.
HACKENSACK, NJ 07601
(201)678-9800

FLORIDA OFFICE:
4800 N. FEDERAL HWY., SUITE 101E
BOCA RATON, FL 33431
(561)391-0303
(800)780-8180

CONNECTICUT OFFICE:
1010 SUMMER STREET, SUITE 101
STAMFORD, CT 06905
(203)323-4900

SIMONE R. BARBER,
ADMINISTRATOR/PARALEGAL

BRITTANY I. BROWN
LEGAL ASSISTANT

ADDITIONAL ADMISSIONS.
*CONNECTICUT, FLORIDA, NEW JERSEY
AND PENNSYLVANIA
∆FLORIDA ONLY
◊COLORADO, NEW JERSEY
& NEW YORK
CONNECTICUT AND NEW YORK

**MEMO ENDORSED**

January 25, 2008


08CR0064

**VIA FACSIMILE ONLY (914) 390-4135**

Hon. Lisa M. Smith
United States District Judge
United States Courthouse, Courtroom 218
300 Quarropas Street, Room 275
White Plains, New York 10601-4150

Re:   Renata Kuehl adv United States
      Docket No. 07-mj-00981; Docket No. 08-cr-00064

Dear Judge Smith:

   Renata Kuehl, the above captioned matter is due to be arraigned on Wednesday, January 30, 2008 at 9:00 to plea to the indictment returned herein. She is presently on bail. I write to request a temporary enlargement and extension of the territorial bail limits to permit Ms. Kuehl to travel to Washington, D.C. for a personal matter. She is due in my office at 4:00 p.m on Monday, January 28, 2008. She assures me that she will return from Washington in time to be in Court for her arraignment on Wednesday January 30, 2008 at 9:00 a.m

   AUSA Richard Tarlowe has authorized me to inform the Court that he consents to this temporary extension of the territorial bail limits based upon my written request to him which was followed by a telephone call from him to me expressing his consent.

   On behalf of Ms. Kuehl I thank you very much for your anticipated approval.

Very truly yours,

LEON J. GREENSPAN

LJG/bb
pc:   AUSA Richard Tarlowe (914) 993-9036

**SO ORDERED:**

Hon. Lisa Margaret Smith
U.S.M.J.