UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V

Renata Kuehl

8 Cr 64
Docket Number & Judge

NOTICE OF
APPEARANCE

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. (   ) CJA        2. (✓) RETAINED        3. (   ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   (   ) NO   (   ) YES,

ADMISSION MO. ___ YR ___

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____1994_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK

1-30-08

X _____

SETH GINSBERG
ATTORNEY AT LAW