UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA                    08 Cr. 64 (SCR)

   - against -                                                NOTICE OF APPEARANCE


RENATA KUEHL,

                            Defendant.
-----------------------------------------------------x

      Undersigned counsel hereby notes his appearance on behalf of defendant RENATA KUEHL in the captioned matter and requests that he receive Notices of Electronic Filing in this case.

Dated:  Garden City, New York
         January 31, 2008

                                               Respectfully submitted,

                                              _____/s/_____
                                              CHARLES F. CARNESI (CC0140)
                                              Attorney at Law
                                              1225 Franklin Avenue, Suite 325
                                              Garden City, New York 11530
                                              516-512-8914
                                              516-873-8881 (fax)
                                              cfcarnesi49@aol.com