**SETH GINSBERG**
ATTORNEY AT LAW

March 13, 2008

**MEMO ENDORSED**

**Via ECF and Fax**
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
Quarropas Street, Room 633
White Plains, New York 10601

Re: *United States v. Kuehl*, 08 Cr. 64 (SCR)

Dear Judge Robinson:

    I write to request that the Court modify the bail conditions of Renata Kuehl, the defendant in the referenced case. Currently, Ms. Kuehl's bail conditions require home confinement and electronic monitoring. We request that the Court modify these conditions to allow Ms. Kuehl to work one day per week providing childcare for a family in the area near to where she lives. Both the government and her Pre-trial Services Officer have consented to the requested modification.

    We have provided details of the employment to the government and Pre-trial (including the name of the family, their address and telephone number, and the hours of employment) but given the nature of the employment (childcare) have not included that information in this publicly filed document. If the Court wishes to have those details we will, of course, provide them immediately.

Respectfully,

Seth Ginsberg

cc: AUSA Richard Tarlowe (via ECF)
    Officer Arthur Bobyak (via fax 631-712-6415)

So Ordered:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
3/14/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: