SETH GINSBERG
ATTORNEY AT LAW

April 14, 2008

**MEMO ENDORSED**

**Via ECF and Fax**
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
Quarropas Street, Room 633
White Plains, New York 10601

Re: *United States v. Kuehl*, 08 Cr. 64 (SCR)

Dear Judge Robinson:

    I write to request that the Court modify the bail conditions of Renata Kuehl, the defendant in the referenced case. Currently, Ms. Kuehl's bail conditions require home confinement and electronic monitoring. The Court previously modified these conditions to allow Ms. Kuehl to work one day per week providing childcare for a family in the area near to where she lives. We now seek to expand that modification to allow Ms. Kuehl to work part time at the retail clothing store Chico's, located at 2005 Merrick Road, Merrick, New York. Ms. Kuehl will work out the details of her schedule with her employer and her Pre-trial Services Officer. Neither the government nor her Pre-trial Services Officer object to the requested modification.

Respectfully,

*Seth Ginsberg*
Seth Ginsberg

cc: AUSA Richard Tarlowe (via ECF)
    Officer Arthur Bobyak (via fax 631-712-6415)

So Ordered:

*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
4/18/08

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:]