AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN               DISTRICT OF               NEW YORK

**APPEARANCE**

Case Number: ~~07 Mag. 0981~~
08 cr 64 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
UNITED STATES v. RENATA KUEHL



I certify that I am admitted to practice in this court.

4/22/08
Date

*Signature*

Sarah R. Krissoff
Print Name                                  Bar Number

300 QUARROPAS STREET
Address

White Plains         NY          10601
City                 State       Zip Code

(914) 993-1928              (914) 993-9036
Phone Number                Fax Number