SETH GINSBERG
ATTORNEY AT LAW

May 30, 2008

**MEMO ENDORSED**

**Via ECF and Fax**
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
Quarropas Street, Room 633
White Plains, New York 10601

Re: *United States v. Kuehl*, 08 Cr. 64 (SCR)

Dear Judge Robinson:

    I write to request that the Court modify the bail conditions of Renata Kuehl, the defendant in the referenced case to enable her to attend her sister's wedding and bridal shower in Connecticut. The details are below and have been provide to the government and her Pre-trial Services Officer. The Pre-trial Services Officer consents to the requested modification. The government has not responded to my email or telephone call so I do not know its position.

Bridal Shower: 5/31/08 from 12:30 to 4:30 pm at Biscotti's Restaurant, Four Cotton Tail Road, New Fairfield, CT.

Rehearsal and Wedding: 6/20 and 6/21. Ms. Kuehl requests permission to leave her home on Friday, 6/20, at 12pm and return the following evening after the wedding, which will be held at 11:00 am at the Candlewood Inn, 506 Candlewood Lake Road, Brookfield, CT.

Respectfully,

Seth Ginsberg

cc: AUSA Sarah Krissoff (via ECF)
Officer Arthur Bobyak (via fax 631-712-6415)

So Ordered:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

[Stamp: CERTIFIED COPY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___]

225 BROADWAY, SUITE 715, NEW YORK, NEW YORK 10007    TELEPHONE 212-573-9202    FAX 646.607.8597    SRGINSBERG@MAC.COM