

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 25, 2008

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

RECEIVED
JUN 2_ 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

    Re:    United States v. Renata Kuehl, 08 Cr. 64

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 13, 2008 until July 11, 2008. The pre-trial conference originally scheduled for June 13, 2008 was adjourned until July 11, 2008 at the request of the Court.

Thank you for your consideration of this matter.

*Time from June 25, 2008 to July 11, 2008 is excluded under the Speedy Trial Act in the interests of justice.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED.
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/25/08

By: /s/ Sarah R. Krissoff
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

cc:    Charles Carnesi, Esq. (By Fax)
       Seth Ginsberg, Esq. (By Fax)