

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

# MEMO ENDORSED

July 14, 2008

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601



    Re:    <u>United States v. Renata Kuehl</u>, 08 Cr. 64

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 11, 2008 until July 18, 2008, in the interest of justice. The pre-trial conference originally scheduled for July 11, 2008 was adjourned until July 18, 2008.

Thank you for your consideration of this matter.

*[Handwritten: Time from 7/11/08 through 7/18/08 is excluded from the speedy trial calculations in the interest of justice]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]* Sarah R. Krissoff
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

SO ORDERED
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/14/08

cc:    Charles Carnesi, Esq. (By Fax)
         Seth Ginsberg, Esq. (By Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____