

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    INDICTMENT

            - v. -              :    S1 08 Cr. 0064 (SCR)

RENATA KUEHL and                :
MARIA DASILVA,
   a/k/a "Maria J. Silva,"      :
   a/k/a "Maria Jose Silva,"    :
   a/k/a "Maria J. DaSilva,"    :
   a/k/a "Maria Jose DaSilva,"
                                :
            Defendants.
- - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

The Grand Jury charges:

1. From in or about November 2006 through in or about May 2007, in the Southern District of New York and elsewhere, RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other, to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 1344.

2. It was part and an object of the conspiracy that RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendants, and others known and unknown, unlawfully, wilfully and knowingly, did execute and attempt to

execute a scheme and artifice to defraud a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about December 12, 2006, checks in the amounts of $18,366 and $7,440.17 were deposited into a bank account in the name of Acquality Beverage Distributors, Inc. at Putnam County National Bank in Putnam County, New York.

b.   On or about December 19, 2006, a check in the amount of $18,366 was written off a bank account in the name of Acquality Beverage Distributors, Inc. at Putnam County National Bank in Putnam County, New York, and deposited into a bank account in the name of Acquality Beverage Distributors, Inc. at Citizens Bank in Putnam County, New York.

c.   On or about December 18, 2006, checks in the amounts of $57,750, $7,541.68, $9,119, and $8,140 were deposited

into bank accounts in the name of Acquality Beverage Distributors, Inc. at Citizens Bank in Putnam County, New York.

   d. On or about December 19, 2006, RENATA KUEHL, the defendant, went to Citizens Bank in Putnam County, New York and had $49,522.16 wire transferred out of a bank account in the name of Acquality Beverage Distributors, Inc. and to a bank in the Bahamas.

   e. On or about January 12, 2007, MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendant, went to Citizens Bank in Putnam County, New York and had $81,210.76 wire transferred out of a bank account in the name of Acquality Beverage Distributors, Inc. and to a bank in the Bahamas.

   f. On or about February 12, 2007, checks in the amounts of $1,841.55 and $1,495.05 were deposited into a bank account in the name of Acquality Beverage Distributors, Inc. at Webster Bank in Danbury, Connecticut.

   g. On or about March 19, 2007, RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendants, went to Webster Bank in Danbury, Connecticut.

   h. On or about March 20, 2007, checks in the amounts of $21,707.79, $6,364.60, $5,700, and $15,000 were deposited into a bank account in the name of MJS Consulting Corp.

at Webster Bank in Danbury, Connecticut.

   i.   On or about May 22, 2007, a check in the amount of approximately $24,919 was written off a bank account in the name of MJS Consulting Corp. at Webster Bank in Danbury, Connecticut and deposited into a bank account in the name of "Maria J. DaSilva" at the Bank of America.

   (Title 18, United States Code, Section 1349.)

## COUNT TWO

The Grand Jury further charges:

4.   From in or about November 2006 through in or about February 2007, in the Southern District of New York and elsewhere, RENATA KUEHL, the defendant, unlawfully, wilfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, RENATA KUEHL endorsed and then deposited checks that did not belong to her into a bank account she controlled at Putnam County National Bank in Putnam County, New York, and thereafter withdrew funds from that account.

   (Title 18, United States Code, Section 1344.)

4

<u>COUNT THREE</u>

The Grand Jury further charges:

5.  From in or about November 2006 through in or about February 2007, in the Southern District of New York and elsewhere, RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendants, unlawfully, wilfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by, and under, the custody and control of, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations and promises, to wit, RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," deposited checks that did not belong to them and that were not made payable to them into bank accounts they controlled at Citizens Bank in Putnam County, New York, and then withdrew funds from those accounts.

(Title 18, United States Code, Section 1344 and 2.)

<u>FORFEITURE ALLEGATION</u>

6.  As the result of committing the offenses in violation of Title 18, United States Code, Sections 2, 1344 and

5

1349, as alleged in Counts One, Two, and Three of this Indictment, RENATA KUEHL and MARIA DASILVA, a/k/a "Maria J. Silva," a/k/a "Maria Jose Silva," a/k/a "Maria J. DaSilva," a/k/a "Maria Jose DaSilva," the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that represents or is traceable to the gross receipts obtained, directly or indirectly, from the commission of the charged offenses, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses charged in Counts One, Two, and Three of this Indictment.

Substitute Asset Provision

7.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981, and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

United States District Court

SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

RENATA KUEHL and,
MARIA DASILVA,
    a/k/a "Maria J. Silva,"
    a/k/a "Maria Jose Silva,"
    a/k/a "Maria J. Dasilva,"
    a/k/a "Maria Jose Dasilva,"

Defendants.

# INDICTMENT

S1 08 Cr. 0064 (SCR)

(In Violation of Title 18, United States Code, Sections 1344 and 1349)
(In Violation of Title 18, United States Code, Sections 1344 and 2)

MICHAEL J. GARCIA

United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.