

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropus Street*
*White Plains, New York 10601*

August 29, 2008

By Fax

United States Magistrate Judge James C. Francis, IV
United States District Courthouse
500 Pearl Street
New York, New York 10007



Re: <u>United States v. Renata Kuehl et al.</u>, 08 Cr. 64 (SCR)

Dear Judge Francis,

The Government respectfully requests that the superseding indictment in the above-referenced case, S1 08 Cr. 64, be unsealed.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

8/29/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ